53 So.2d 576

### Floyd ROBERTSON v. STATE.
### 6 Div. 304.

Supreme Court of Alabama.
June 29, 1951.

Si Garrett, Atty. Gen., and L. E. Barton, Asst. Atty. Gen., for the petition.

Walter G. Woods, Tuscaloosa, opposed.

PER CURIAM.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Robertson v. State, 53 So.2d 575.

Petition stricken because not filed in time required by S. C. Rule 44, Code 1940, Tit. 7, appendix.

All Justices concur.